984 A.2d 477

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**James Dennis GRIMES, Respondent.**

Supreme Court of Pennsylvania.

Nov. 10, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of **November, 2009,** the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Did the trial court properly deny a motion to suppress physical evidence seized from a jacket that had been discarded by a person under surveillance in a high crime area after he observed and had fled from police who had not yet engaged in any pursuit?